FILED
CHARLOTTE, N.C.

MAR 16 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Charlotte Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 3:09MJ68 |
| | ) | |
| SURRELL MONTIA DUFF | ) | |

### ORDER

Upon motion of the United States, it is hereby ORDERED that the criminal complaint, arrest warrant and writ issued in this matter are DISMISSED.

_____

United States Magistrate Judge

Date: March 16, 2009

1